RECEIVED

JUL - 9 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

___ _Eastern_ DIVISION
_All_

FILED

DATE_____ 7/7/22

PETER A. MOORE JR CLERK
USDISTRICT COURT, EDNC

_Karolina Sorensson_ )

_____ )

_____ )

(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. **4:21-CV-94-FL**

(To be assigned
by the Clerk of
District Court)

vs.

_State of North Carolina_
_NC Prosecutor Augustus Willis IV (aka Gus)_
_Any and all Lawyers & Entities Involved_
_Incl. but not limited to Patrick Donald Newman_
_& Assoc. any & all_
_Joshua Tetterton_
_& Assoc, any & all_
_Carteret Co., NC_
_Carteret Co. Jrol._
_Carteret Health Care_
_Sheriff Asa Buck_
_Carteret Co. NC Superior_
_Court_
_NC State Bar_

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

Plaintiff resides at: _811 N. Queen St Apt #6-g_
_Project Kinston Towers_
_Kinston NC 28501_

_____

_____

_____

Defendant(s)name(s) and address(es), if known: _State of North Carolina_
_Carteret Co. NC, Prosecutor Augustus Willis IV (Gus), Patrick D. Newman_
_Mason Miller, Joshua Tetterton, Carteret Health Care, Sheriff Asa_
_Buck, Carteret Co. NC Superior Court, NC State Bar_

Judges Nobles (Superior Court Carteret Co.) Judge
Cherry, Mack, Alexander, DA Thomas, NC State
Bar

State of North Carolina
Any & All Entities & Individuals Involved are
live & Conduct Their Corruption & Wrongful Actions
in the State of North Carolina

① Discrimination based on Race, National Origin,
Disabilities, Religion, Wrongful Prosecution,
Sheriff & Police Entrapment of Citizen,
False Arrest, Sheriff & Police Brutality,
Corruption, Harassment (Incl. but NOT
lim. to Humiliation) by Authorities,
Denial of Medications by Carteret Co. Jail,
Violation of First Amendment, Violation of
4th Amendment / Breaking & Entering by Sheriff
Cruel & Inhumane Treatment of Arrested
Citizen, Cruel & Inhumane Treatment in Jail
Obstruction of Justice, Wanton Endangerment of
Human Life / Citizens, Violation of 8th
Amendment, Cruel & Unusual Punishment to
Citizen, Arrest / Detention's Date: 07/27/19 Released:
07/29/19 4 pm -5pm Released    ↳ Appx 2 pm

2

Corruptive Manipulation of Arrest Records of Cit. Discrimination against Gender of Citizens, Corrupted Manipulation of Records Incl. but NOT limited to Criminal, Superior & Civil Court by Carteret Co.'s Court Staff (Any & all), Support of Discrimination of Illegal Activities against Citizen by Superior Court Judges (Carteret Co.) Under the Color of Law, Defamation of Slander of Citizen, False Allegations and accusations against Citizen

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

I am requesting Carteret Co. to Dismiss False Allegations of Misuse of 911, I would like said charge to be dismiss and sealed at NO monetary cost, I would like my house and property at 615 Flybridge Ln, BFT, NC to be returned to me with no accumulation of Taxes since Carteret Co. Corrupted Officials deemed my house and prop. as unclaimed and they never contacted me although they had my email & phone number & all info. Relig. for Emotional Distress: $70 Million US Dollars

_____

6-15-2021                          _____
Date                                    Signature of Plaintiff

                               5 ¼ N. Queen St
                               Apt 6-g
                               Project Kinston Towers
                               Kinston, NC 28501
                               _____
                               Address and Telephone Number of Plaintiff
                               Tel. 910-358-6682
                               emeraldgreencountry@gmail.com

4

I N.C. 07/08/2021

*ORIGINAL

Case No. 4-21-CV-94FL

RECEIVED

JUL 21 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

To Whom it May Concern,

A. On 07/27/19 Plaintiff, Karolina Sorensson was arrested by Shawna Enderle (Carteret Co. Sheriff) she alledged and stated that I the plaintiff had dialed 911. Enderle placed me in a very hot humid Sheriff's Vehicle, I had difficulties breathing I started to vomit and Enderle became extremely irate and screamed 'DO NOT VOMIT' in my car, this was after I had communicated to said female that I couldn't breathe. When Enderle opened the vehicle's door I vomited outside the vehicle, I am asking Carteret Co. Sheriff Dept incl. but not limited to Asa Buck and this District/Federal Court for a video of the false arrest, and I would like said charge dismissed and sealed completely at NO charges to my persona.

B. In prison/jail between 07/27/19 - 07/29/19 the prison guards denied me my medications, although I stated at approx. 8:30pm-9:00pm in said jail (I said it to a guard who called me 'HONEY' making me feel extremely uncomfortable among other matters because of her actions) I had expressed to said guard (Caucasian Female over 300 pounds) that I needed to take my medications, Citalopram to be precise, and others.
Additionally, said prison guard stated over the phone, while looking at me up and down: SHE SAYS SHE IS A US CITIZEN, showing biased and discrimination, she also would hang up the phone/device when I was calling my older friends/acquaintances incl but not limited to a male named Abraham who lives in Morehead City, NC. After the EMS was called to take me to Carteret Gral. main Carteret Co. Hospital in MHC, NC 28557) an extremely snappy, biased doctor/nurse saw me, he hardly checked my blood pressure and screamed at me with his upper body projected towards me: YOU'RE GOING TO JAIL! I had not done anything, was handcuffed and the nurse (female) jumped.

To Whom it May Concern,

Continuation

at Canteret Gral the nurse that jumped and acted surprised at the overtly aggressive male doctor/nurse, all of these individuals except Abraham (African American) are Caucasian. Nonetheless I witnessed in the Behavioral Unit at said hospital, how a young lady was being denied her medications. A tall healthy person, NOT very professional, none of them are, said male violently tackled the patient, before that, he had come to terrorize her, and a female nurse and another male, along with the tall man (possibly 60's- mid-fifties 190 lbs) they all jumped on the patient, when I saw this in horror, the female nurse (Caucasian 60's, short haired person) opened her eyes wide because I saw everything and said nurse threw herself at the floor for NO REASON AT ALL. There is no justification for the tall male nurse that snapped at me on 7/27/21, although I am a pretty quiet person, with limited mobility, near 55 yrs old now, living with disabilities. The authorities and staff of Government Institutions and entities in Carteret Co, including but NOT limited to Malicious N.C State Prosecutor Augustus Willis III who act OPPRESSIVE and OVERTLY AGGRESSIVE (SNAPPY FOR NO REASON OTHER THAN THEIR OWN FRUSTRATION) all of these so called professionals, working and earning salaries, in the case of Judges large/huge salaries, they need to stop harassing and torturing and provoking people, minorities and citizens with any and all challenges and disadvantages, tax payers and consumers as well. The defendants also push minorities and Covid-19 prone minorities to HOMELESSNESS, LACK OF EMPLOYMENT BECAUSE OF FALSE ARREST AND CHARGES in our backgrounds, stained by them. On and about 12/28/18 and 6/3/19 Officers Enderle and Mull came to harass me and abuse their authority and discriminate against me in my own home

To Whom it May Concern,
Continuation

On 6/3/19 before the false arrest perpetrated by Officer Enderle, said young Sheriff came to meet me at 615 Flybridge Ln Beaufort, NC 28516 because Russell C. Alexander a MHC, NC lawyer was going to meet me to give me back my belongings, incl. but NOT limited to my college records, mortgage documents, pics of my family and myself (i.e. trips to Paris France) this was the 2nd time lawyer Alexander stood me up, and I made the mistake of giving Enderle, the lawyer (Alexander's) cell phone, and I gave her (Enderle) the name of the fraudulent entity/persona, a Mr. Ivester. Enderle, the sheriff, after she had aggressively screamed at me, in front of my friend Madison, 'DO NOT PUT A FOOT IN THIS HOUSE OR I WILL ARREST YOU! YOU LOST THIS HOUSE IN A FORECLOSURE IT'S NOT YOUR HOUSE ANYMORE!' (something Captain Miller a Carteret Co. Sheriff who broke and entered my home twice before he said and screamed the same) on 6/3/19 Enderle DECEIVED me and my friend Madison by stating that the orange eviction notice that was on the door of 615 Flybridge Ln BFT NC 28516 the Sheriff had place on and about 5/15/19 had NOT been placed by Carteret Co Sheriff I did NOT understand why Enderle was abusing her authority and was being irate, she looked familiar and it was because she had shown up with her mentor, Officer Meull, to tell me that they thought I had called 911 for nothing when a man was trying to break and enter on 12/28/18 and was banging violently at my door at 615 Flybridge Ln, BFT, NC 28516 my house, Meull screamed: IF YOU CALL 911 ONCE AGAIN I WILL COME HERE AND PERSONALLY LOCK YOU UP! I have (I the plaintiff) have a recording of this threat by Meull. this above as stated, happened 12/28/18, CONSPIRACY & ENTRAPMENT.

Case No. 4-21-CV-94 FL

To Whom it May Concern,
Continuation

I had called the Sheriff in 2017, April, because the drunk man and his fam. & friends John Dickinson had thrown beer cans at my house, they were having intercourse (sexual) on my yard (he often broke & entered John Dickinson) and when Mull showed up, he said he didn't believe me although he saw the beer cans and in another occassion when John Dickinson's wife was surrounding my home with her usual hostility, Mull stated THAT HE DIDN'T BELIEVE ME THAT I'M DISABLED/LIVE WITH DISABILITIES, and he made fun of my medical conditions incl. high blood pressure.

I had asked officers/sheriffs to NOT send Mull nor the other overtly aggressive Derick Chauin type of officers, I even wrote several complaints to Asa Buck, but my notes and calls always fell on deaf ears. Unfortunately I had a relationship on and off with David Buck who would also mentally torture me by calling me FAT, OLD MAKING COMMENTS ie: THIS IS NOT YOUR COUNTRY, I HOPE YOU LOSE YOUR HOUSE!' so I don't know if David Buck influenced Asa Buck, the head of Carteret Co. Sheriff. The relationship with David lasted 3 years, on and off relationship.

When I arrived on 7/27/19 to retrieve my belongings, officer Enderle was next to John Dickinson (I took him to court Nov. and Dec. 2018 his lawyer was CONFLICT OF INTEREST UNETHICAL lawyer Sundee Stephenson of BFT, NC) a man who threw his dog at me for 6 long years, everytime I stepped out of my house to get my mail, and in dark winter nights, John Dickinson's dog came into my living room, almost BIT ME IN THE FACE, but Carteret Co. Sheriff never did anything, Enderle was informed...

To Whom it May Concern,
Continuation

Enderle was informed by me that John Dickinson (he was whispering at her ear before I told her this) had tortured me and harassed me with his dog and that said dog had almost bit one at my face in my own living room, to this Enderle screamed: I WANT TO FEEL COMPASSION BUT I DON'T! John Dickinson's attorney was as stated before, Sundee Stephenson the same lawyer that represented Philip Shawn Howell (dob 2/22/68) my ex-husband, I told Judge Mills who presided the case, my case against Dickinson, that lawyer Stephenson & law Firm had represented my ex-husband Phillip. Shawn Howell in our divorce of Sep. 15th 2009, to this huge conflict of interest Judge Mills assured me that Stephenson was NOT in conflict of interest and that Stephenson has very accurate computers that do a thorough search, and that Stephenson and her law firm incl. a lawyer Bradley Shulz were NOT in conflict of interest. I AM REQUESTING AN UNBIASED TRANSCRIPT of these interactions in court (Carteret Co. Court & Carteret Co. Superior Court) since unscrupulous Clerks on said courts, incl. but NOT limited to Nick and Emily, Nick told a victim that I was helping in court who was a victim of domestic violence, Nick screamed at her: DON'T LISTEN TO HER! that was me since we were the only 2 people on said court hall. THE NAMES OF THE LAWYERS & THEIR BAR (NC) ASSOC. NUMBERS AND THEIR ACTIONS WERE COMMUNICATED TO THE NC BAR ASSOC. YET SAID BAR PROTECTS THEIR CORRUPTED ACTIONS.

Case No. 4-21-CV-94 FL

To Whom it May Concern,

Because of the matters and actions and negligence among many other charges, and discriminations against me the plaintiff, these individuals, and institutions and State of North Carolina, and NC State Bar are liable and charged. Sheriff Shawna Enderle, on the day of the false arrest 07/27/2019 BROKE & ENTERED my home, Enderle and lawyer Alexander (the latter was protected by corrupted biased discriminatory Judge Nobles a Carteret Co. Superior Court judge) Abraham, his daughter (who were there to help me move out) we heard a loud crash coming from the left hand side of my house at 615 Flybridge Ln, BFT NC 28516, I told Judge Nobles in superior court on 7/29/19 (where NOT by coincidence I was taken there in shackles and handcuffed in an orange suit, my hair disheveled) Judge Nobles looked at me despectively and with hatred ALTHOUGH I DON'T BELIEVE I HAVE EVER SEEN THIS LAWYER/JODE in my life, and said judge dismissed the case, my case which was very well documented, said case to save my house at 615 Flybridge Ln BFT NC where Enderle, Null and breaking and entering corrup- ted lawyer Alexander humiliated me and harassed me. Nonetheless, and this is another reason of why Carteret Co. Sheriff is being sued here, while walking in shackles from Karen Alexander's court and chambers, in the hall, the sheriff that was holding me aggressively in my right arm leaving his fingerprints on my skin, he pulled me to his face and told me to ask Judge Nobles for a continuance, & though it DID NOT MAKE SENSS TO FOLLOW HIS CORRUPTED ADVICE SINCE, INNOCENT TRUSTING ME THOUGHT: THIS SHERIFF IS NOT A LAWYER! WHY IS THIS SHERIFF TELLING ME THIS?!

Case No. 4-21-CV-94 FL

To Whom It May Concern,

Continuation

Before this illegal action Carteret Co. Sheriff was giving me advised as if he were a lawyer, lawyer Judge Karen Alexander INVERTED my charges, I was arrested for allegedly calling 911 (By the way I have paid Verizon and many other companies, PRIVATE COMPANIES for 911 Service) then, afterwards I was charged and harassed for vomiting in Enderle's Sheriff's Car where she smokes, the charge was Misconduct by Prisoner (Bodily Fluid), Mull came in when they were taking a mug shot of my face, and although Enderle had stated that the charge was for bodily Fluid (my vomit) and the original papers had the bodily fluid charge, the Carteret Co. Court and judge Alexander, and a correctional officer (the latter came into my cell and took the papers under a pillow I had, after another sheriff told me NOT to let go of my docs/charges), in simple terms they INVERT charges, i.e. the more serious allegation to put detainees at a disadvantage, they place the more serious charge first. Nonetheless corrupted Judge Karen Alexander played with semantics and made a lawyers game of words (same as Mary Craven-Adams of Womble & Dickinson) and I was coerced to state (UNDER DURESS & AFTER THEY DENIED ME MY ANTI-ANXIETY/ANTIDEPRESSANT) to the court and judge Alexander, that I was there because my freedom of Speech was being violated because I, a victim assistant, and a person living with disabilities MAY NOT CALL 911 without being arrested

Case No 4:21-CV-94 FL

To Whom it May Concern,
Continuation

I have had at least 3 job offers rescinded since the arrest, Lowes provided me with the background check details, where, to my dismay corrupted lawyer Karen Alexander had imparted, to my disadvantage (by coercing me to speak after I was denied my medications) the allegations against my persona.

I forwarded to Patrick Donald Newman (Court appointed lawyer by Karen Alexander) the job contract rescission by Spectrum, Spectrum had offered me a $2,500 sign-up bonus, benefits. Additionally Lowes job offer had dream benefits, and as of about a month ago or less I lost a job opportunity, to work from home of $43,000 a year, and since I don't lie I told the interviewer, among other matters that apparently I should have not inform, about the arrest and charge because of the allegation of Misuse of 911.

I will bring this Federal Court to the attention, that as of this date, there is a Caucasian female, with ankle monitors, under house arrest and felonies, who is working for an NC retailer, I had applied for a job at said retailer, but I was NOT hired because of the 911 charge, and the bodily fluid allegation, also I had NOT been convicted of these charges when I was denied a way to provide a roof over my head, and food on my table, and I was sleeping on the floor by that time.

Case No. 4-21-CV-94 FL    IX    nc 07/08/2021

To Whom it May Concern
Continuation

As far as Malicious Prosecution is concerned, Augustus Willis IV 'gus' and Patrick Donald Newman, Willis' bar ID # 41683, Newman's ID I will provide soon, perpetrated a Malicious Prosecution, harassment, and discrimination among other charges, incl. but not limited to endangerment of prisoner or detainee (I the plaintiff) and because of health reasons disabilities and medical conditions, I do not know how I can present the documented evidence, incl. but not limited to emails and texts to Patrick Newman, his assistant Mason Miller (I do not know if he is related to Breaking & Entering Captain Miller, Carteret Co. Sheriff) and communication from Augustus Willis IV

The perpetrators of the malicious prosecution PUSHED me to purchase a ONE WAY TICKET to my place of birth, Managua, Nicaragua and that was going to be the condition/ bargain to have the bogus charges (calling 911 possibly to report abuse of authority and corruption of Sheriff) dropped. On and about 3/11/20, after I had bought the ticket (plane) to Managua, Nicaragua, one way as they demanded, I also paid $400 to renew my US Passport, Willis IV decided to leave the USA, in the middle of the Covid-19 Pandemic, and left everything hanging, for lack of better terms. I was and have been in EXTREME DISTRESS, even as of now because in a way

Case No. 4-21-CV-94 FL
To Whom it May Concern,
Continuation

They were deporting a US citizen (myself) although I do NOT
have priors charges and Willis IV stated that I was a PERSONA
NON GRATA (to cover their highly unethical manipulations
and corruption at Carteret Co Court), many times I begged Newman
the court and Willis IV, and DA Thomas, to video conference
me instead of exposing me to the deadly virus Covid-19, because
of my pre-existing medical conditions and other matters.
In furthering their CRUEL & UNUSUAL PUNISHMENT and to
seal their discrimination and malicious prosecution, the last
communication from Willis IV (without me having a trial
because they wanted to push 3 years in prison) although
I have NO priors and they were already corrupting and
tweaking my calls to the NON-EMERGENCY system (and
Newman stated to me for ONE WHOLE YEAR that there was
NO 911 call from me nor my phone), the apparent last email
to Newman from Willis IV, Willis IV states that he wants
to expatriate me and deport me from the State of NC, they
all knew from the beginning of the Malicious Prosecution that
I am a US, USA, United States of America Citizen. When I
stated above PERSONA NON GRATA, I mean it at Carteret Co Courts.
I communicated to the North Carolina Bar Association of the
atrocities and unconstitutional tactics of these, all these corrupted
lawyers and law professionals and the NC Bar Assoc. wanted
to force me to come to Raleigh NC in the middle of the deadliest
one of the deadliest pandemics the world has seen, Covid-19.

Case No. 4-21-CV-94FL
To Whom it May Concern
Continuation

Also, lawyer Russell C. Alexander, a supposedly Magna Cum Laude lawyer, sent me obscene text messages where he stated he was masturbating while communicating with me.

In the incident of 6/3/2019 Shawna Enderle, the sheriff who smokes in government vehicles (sheriff) and listens to 'gansta' music (such a conflict of interest) Enderle pull the windows of her sheriff's vehicle, called searched for Ivester (Michael J. Ivester) and Enderle stated that Ivester did NOT exist, she saw me being walked to a car with AC by my friend Madison because I was having problems breathing when Enderle, who screams all the time in anger and irate, Enderle then started communication (cellphone) with lawyer Alexander, both of these individuals were giving us the run-around and deception because Alexander was texting: Ivester is on his way!, and Enderle was screaming and that not only Ivester does NOT exist, she was also lying and entraping telling me that Ivester/Alexander were NOT going to show up and open the door for me to retrieve my belongings and documents, senseleve documents, so the Carteret Co. Sheriff not only obstruct justice but it and they help corrupted lawyers and help them (corrupted persons and courts, entities and ghost corrupted companies), their breaking and entering is a form of illegal search and A VIOLATION OF THE 4th AMENDMENT where documents, such as mortgage documents (my documents), college records and many other documents and computers with and or sentimental value were. They violated my rights by force (Kicking side garage door) and by intellectual means for lack of better terms. Enderle stated on 6/3/19 she searched by computer and said IVESTER DOES NOT EXIST! then she became friends with Alexander

To Whom it May Concern,

Continuation

I would like to state here that I am also a survivor of political prosecution especially because of language of defendants: LOCK YOU UP (MOI) and other. Additionally, to continue demonstrating the bias and discrimination of the defendants, someone, or some people called and MISUSED THE 911 SYSTEM in Carteret County, yet Carteret Co. Sheriff and the 911 System NEVER arrested these Caucasian individuals that called PRANKING 911 300 times! I should have the article by reputable TV MEDIA RESOURCES. The incident of the 300 prank calls to Carteret Co. 911 (and 911 operators are considered Sheriff / police) happened between the year I was being maliciously prosecuted and discriminated against by the defendants. About oppressive language Karen Alexander states "WE ARE NOT YOUR ATM MACHINE!" to low income minorities such as myself. I have seen in numerous occasions upon real cases, officers detain a person and then let the person go, none theless, and I was almost 53 yrs old by then; sheriff and police in Carteret Co. and any and all defendants went too far with me, they do NOT treat other people other than Hispanics and possibly African Americans that way, please see the case of the Reels Brothers also in Carteret Co., African Americans kicked out of their inherited land and were put in prison probably by Captain Miller and Carteret Co. Sheriff because they did NOT want to leave their land when wrongfully evicted. Also judge McFayden allows violent defendants and Carteret to assault me in a case I had against Carteret Co. where conflict of interest lawyer Mary Craven Adams of Dickinson & Wombles ruined my life; I am denouncing these lawyers here & corporations /entities.

Sincerely,

KAROLINA
SORENSSON

MY INFO   511 N. Queen St    Tel 9103586682
Apt 6-g
Project Kinston Towers   emeraldgreen
Kinston NC 28501    country@
                      gmail.com

Short & Plain Statement of Plaintiff's Karolina Sorensson Claims

FILED
JUL 27 2021
PETER A. MOORE, JR. CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

To Whom it May Concern,

On 7/27/2019 I was arrested for allegedly dialing 911, please see video presented to the US District Court for The Eastern District of NC, Eastern Division over a week ago. Sheriff Enderle a female in her late 20's or 30's (early 30's) proceeded to place me in a very hot car, I told her I COULDN'T BREATHE, I started to vomit, said sheriff (Carteret Co. Sheriff) SCREAMED VERY AGGRESSIVELY, even more irate than before: DO NOT VOMIT in my car! I had requested a Civil Standby, apparently Carteret Co. names it "Escort," for me to retrieve my belongings of 20 plus years incl. family pictures, pictures of Europe, mortgage documents and other. On and about 6/3/2019 the second time lawyer Russell C. Alexander stood me up to retrieve said belongings and while there was a legal battle to save my home at the same address where I was arrested at 615 Flybridge Ln BFT NC 28516, Enderle had showed up to 'Escort' me, she stated that Michael G. Avester, (the ghost person/entity lawyer Alexander created to steal my home) Enderle stated: Michael G. Avester DOES NOT EXIST, he is nowhere in any computer systems! Alexander was speaking to Enderle on his cell because I gave her his number, she and Alexander started to lie about "Avester" showing, I became very upset, and my friend Madison placed me in her car that has AC, Enderle saw all of this. She also told me the eviction notice was NOT placed by the Sheriff, she told me she was going to arrest me if I put a foot in said house quote "YOU LOST THIS HOUSE IT'S FORECLOSED" Enderle on 07/27/19 was with John Dickinson my former next door neighbor, he was half naked, no shirt, and whispered something to Enderle. Enderle said SHE DID NOT CARE I HAD TAKEN DICKINSON TO COURT 12/11/18 for terrorizing me with his dog for 6 long years, every time I stepped out of my house, Enderle said she could NOT BELIEVE HOW I HAD HURT DICKINSON BY TAKING HIM TO COURT! In Carteret Co. Jail I was denied my medications and Malicious Prosecutor (State of NC) wanted and forced me to buy A ONE WAY TICKET TO MY COUNTRY OF BIRTH, then he wanted me to leave NC, I have NO priors, I have all communications of their persistence and harassment and DISCRIMINATION to deport a US Citizen I am a US Citizen. Because I cannot find work and at least 8 job offers/contracts have been rescinded. Augustus Willis IV was the discriminatory malicious prosecutor, State of NC and others. ➤

Short & Plain Statement of Plaintiff Karolina Sorensson Claims

To Whom it May Concern,
Continuation of Page #1

Also Augustus P. Willis IV besides from forcing me to buy a one way ticket back to my Country of Birth, he wanted to persist and he persisted in the malicious discriminatory persecution, and threatened to put me in prison for 3 years, he said he was going to push said sentence if I went to trial, plus he and Carteret Co court judges mentioned in this lawsuit fully supported his Birthism, Discrimination Harassment Violation of my Civil Rights 1st, 4th & 8th amendments, and I have been caught in their political games to stay in power, in a very Gerry man dering district and courts, plus their Birthism Bias & Discrimination against my persona ie. Mull yelled to me, with Sheriff Enderle 12/28/18 that THEY WERE GOING TO LOCK ME UP (harassment to females THAT DO NOT VOTE FOR THEM NOR SYMPATHIZE) IF I EVER DIALED 911 (Entrapment, Conspiracy, Abuse of Authority, Obstruction of Justice, Discrimination etc) and their language (and actions) Incl. producing bruises on me, sound very much like actions of PSEUDO CONSERVATIVES that belong to a certain party. Nonetheless, and in addition to Injury, Sheriff Shawna Enderle and Russell C Alexander PRODUCED A LARGE CRASH & BROKE & ENTERED 7/27/19 into 615 Flybridge Ln, BFT NC, the house I was trying to save in Carteret Co. Superior Court, AND I had a court date to save said home 2 days after this bogus arrest and allegations against me. Needless to say, short tempered biased judge Noble, took a look at me dressed in orange, hair dishevelled, affected by jailers denying me my needs, and Nobles dismissed my charges/case against the lawyers and entities that stole my home/house of 12 years. Also Carteret Co. Sheriff Captain Miller, broke and entered numerous times into my home to serve papers on a Wrongful Foreclosure since they foreclosed on the wrong amount (debt), it was less money (and other violations) Carteret Co. Courts. Carteret Co Courts and any and all staff are a Kangaroo Court(s) extension of the jurisdiction of the US District Court for the Eastern District of NC, and this court is a Federal Court that judges on the federal issues and violations and other, that I am bringing to light, Carteret Co Courts and staff deny tax payers and citizens to access our records, just see them at least through PACER, and with their abuse, hostility and other, they have made me A PERSONA NON GRATA in the entire County. Conflict of Interest lawyers Stephenson and Schutz wrote while representing John Dickinson on 12/11/18 : 'KAROLINA IS MENTALLY ILL & SHE IS MENTALLY ILL after I told judge Mills that they, Stephenson and Schutz, represented my ex husband Howell in Sep. 2009, which they did represent. I do NOT wish to give details about my disabilities.

Short & Plain Statements of Plaintiff's Karolina Sorensson Claims

To Whom it May Concern,
Continuation of Page #2

Asking for details about my challenges and medical conditions and how I live with disabilities, and any and all of these situations and conditions, and the <u>violations of my privacy</u>, are discriminatory actions per se, none of you are medical doctors, and I say it with respect. About Conflict of Interest corrupted lawyers incl. but not limited to Stephenson & Schulz and Jonathan E. Schulz, I informed judge Mills on 12/11/18 that the lawyers Stephenson & Bradley Schulz were the lawyers that represented my ex-husband in our divorce 09/15/09, judge Mills assured me and stated that Stephenson has a very good computer system to find conflict of interest, they are very thorough! Then he proceeded to let go of John Dickinson whose dog came to bite me and bark literally on my face, on my living room. AS I STATED TO THE DEFENDANTS ON 12/11/18 and to judge Mills and I STATE IT TO THIS COURT: NOBODY HAS THE RIGHT TO HARASS AND DISCRIMINATE AGAINST ME AND THROW THEIR DOG TO BITE ME IN THE FACE BECAUSE I HAVE CHALLENGES AND MEDICAL CONDITIONS, Dickinson also screamed at me drunk on a dark night 11/06/18 (on and about): GET OUT OF THAT HOUSE ITS NOT YOUR HOUSE ANYMORE! Apparently corrupted lawyers Mary Craven Adams informs Dickinson along with N.C. bar lawyer WOMBLE, Mary Craven Adams also belongs to law firm Dickinson and other law firms, facts that she hides, by switching emails and communications, to cover her wrongdoings, she represented defendants in a case I had in 2015 against Carteret Co. & abusive Sheriff Turner, she also forced me to a deposition, where, with her semantics, she defamed me and started to ruin my life, with her corrupted lawyer tactics for her to <u>win</u>, just to win.

<u>PLAINTIFF   KAROLINA SORENSSON 'S CLAIMS INCLUDING BUT NOT LIMITED TO:</u> ⓐ Discrimination ⓑ Violation of my civil rights incl. but not limited to civil rights regarding First Amendment, Fourth Amendment, Eight Amendment Cruel and Unusual Punishment, and this court as stated before, has jurisdiction over these federal violations ⓒ Obstruction of Justice ⓓ Abuse of Authority ⓔ Police/Sheriff's Brutality ⓕ Retaliation of Defendants et al ⓖ Wanton Disregard for Human Life/Life of Detainees and/or Prisoners with exposure to Coronavirus, especifically non violent prisoners ➡

Short & Plain Statement of Plaintiff's Karolina Sorensson Claims

Continuation of Page #3
To Whom it May Concern,

(h) Harassment against Tax Payers, Consumers and US Citizens such as myself Karolina Sorensson (i) Bias, Birthism (j) Dishonesty (k) Mortgage Fraud (l) Thievery (m) Mail Fraud, on and about and after 06/03/19 when Ms. Enderle denied me to take my mail, which included mortgage mail, I stated to Enderle that I had paid over $18 for my metal US Post Office Box, she threatened to arrest me if I checked my mail or took said box (metal) also Carteret Co. and et al defendants in this case released my house and it went unclaimed yet in their dishonesty and other, and to sell my house and property which someone sold for $143,000, I never wanted to sell my lovely home, I wanted to keep it for generations i.e my nieces and nephews who are like my children, since I could not have children, a huge issue related to my divorce from Howell on Sep. 15th 2009. (n) My Miranda rights were not read to me. Unfortunately clerks at this court, US District Court have already started their manipulation and bias in this case, I presented my in forma pauperis answers I brought several documents in person to the brick and mortar of this court, yet, as in everyone of my cases, clerks and birthist biased judge magistrate Swank. Swank leaves a lot to desire with her language i.e in case 4:19 cv 164 FL where according to her, she thinks I am not a US Citizen, Although as I stated many times before, I am a US Citizen, with NO PRIORS, plus I have full rights as any other US Citizen except to be a US President, and I respect the laws of my Beautiful Adopted Country the USA, yet the Obstruction of Justice has started against my claims, perhaps to hinder the deadline of 07/27/21 about the false arrest, although it has taken a supernatural effort, working in pain at all levels, for me to bring these horrible situations against me to light, I lost my appetite, then I overeat, and I have lost also a lot of sleep, have severe PTSD, but I can't take my insomnia medication when i.e I need to drive, or even write these pages, and file.

Respectfully
KAROLINA SORENSSON

Short & Plain Statement of The Grounds for The Court's Jurisdiction

To Whom it May Concern,

The wrongful actions of the defendants are very much of the descriminatory nature, including but not limited to other Issues brought to light in this lawsuit, which are dealt with at a Federal Level, and the United States District Court for The Eastern District of North Carolina Eastern Division US District Court, is a Federal Court.

Although the defendants act as SECESSIONISTS, Carteret County and any and all its courts, staff and linked entities and lawyers who work there, are Kangoroo courts (NOT meant in a disrespectful manner) directly linked to this US District Court. I would like to express and expose here as well, the fact that part of the harassment, cruel and unusual punishment against any persona, went as far as consider me a persona-non-grata in that county, to the point where Carteret Co. Sherijs incl. an irate individual with a gun (Perez) and at least 2 other unreasonable policemen, the latter denied me to buy and pick my medications at a pharmacy, and Carteret Co. Sheriff Perez allowed crack prostitute Karen Ward to throw my TV's, electronics, and clothes in the lawn, and Perez (Sheriff) intimidated me with an illegal search because I had called the non emergency number for me to retrieve my belongings, this for the 3rd 4th times there were NOT the belongings lawyer Russell Alexander stole from me, that Carteret Co. Superior Court allowed him to do so, I could NOT find housing for about 2 years, also because of the false allegations against me.

KAROLINA SORENSSON
TEL 910-358-6682

PS: The incident(s) with sheriff
Perez and the other officers happened
in Nov 2019

SEP - 3 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



Kinston, NC Aug. 25th '21

Case No. 4:21-CV-94 FL

To Whom it May Concern,

With this communication, I Karolina Sorensson, Plaintiff in case 4:21-CV-94 FL am presenting To Whom it May Concern, and this court, email communication to lawyer Patrick Donald Newman (Court Appointed lawyer) appointed by Carteret Co. judge Karen Alexander. These documents are very clear and self-explanatory and show the Malicious Intent of North Carolina State prosecutor Augustus Willis IV a.k.a. Gus. The fact that prosecutor Willis IV and any and all Carteret Co. Court Staff incl. but not limited to judges and unethical racist lawyers, that roam around said courts, supported and dragged said Malicious Prosecution of forcing me TO BUY A ONE WAY TICKET back to my country of birth, eventhough I have NO PRIORS and I am a US Citizen, show their discrimination, birthism and the violation of my civil rights, incl. but not limited to the violation of the 8th Amendment, cruel and unusual punishment, until the very end prosecutor Willis IV wanted me to leave the US and even North Carolina. Adding to Injury, judge Cherry violated my Freedom of Speech when I was trying to explain to him how Willis and Newman and lawyers and judges involved forced me to purchase said one way ticket out of the US, judge Cherry stated that he was going to take that against me, the truth, even when I stated said issue in a civilized manner, in his Carteret Co. Court. I am requesting here, as well, protection for the records of the 2 days (From on and about 2pm 07/27/19 to about 4:30pm 7/29/19 when I was released) said records will show that the Carteret Co. Jail DENIED ME MY MEDICATIONS and Newman, another unethical lawyer to say the least, lied to me for near a year telling me that there was no record of a 911 call made, towards the end of this torturous ordeal (the false arrest) Continues→ Newman produced a 911 record which shows that the

To Whom it May Concern,

Continuation

entire 911 Calls report was emailed directly to Carteret Co. Sheriff Shawna Enderle's personal email by 911 workers, Enderle arrested me for alledgedly (my device/phone dealing 911), she was abusive, produced bruises on me, forced me into her extremely hot sheriff's car, in which she smoked with Sheriff Jones, and she alledged bodily fluid assault because I was vomiting and chocking on my vomit in said hot car, plus I told her repeatedly that I could NOT breathe. Additionally I never resisted arrest, yet after prosecutor Willis IV forced me to buy the One Way Ticket Back to my Country of Birth although I am a US Citizen, Willis wanted me to plea guilty to RDO an officer, which is NOT true, if anything Enderle and Mull and Carteret Co. Sheriff Dept. obstructed Justice knowing that 2 days later I had a hearing in Superior Court to save my house, Also Enderle helped corrupted lawyer Russell C. Alexander to break and enter into my home and she communicated with said lawyer through cell phone to cover his thievery. Also Carteret Co. Sheriff Miller refused to serve Russell Alexander, and Miller said, "I spoke to the lawyer (Alexander) he wont accept being served" showing Carteret Co Sheriffs corruption, bias and descrimination, besides from Miller breaking and entering numerous times into my home while I lived there, even since 2012, besides from said man Miller, being IRRATIONALLY IRATE AND ANGRY towards Hispanic American Females such as myself, he is also an abusive authority sheriff along with Mull, Enderle and Suffice.

Respectfully,

KAROLINA SORENSSON
511 N. Queen St
Apt 6-g
Project Kinston Towers
Kinston NC 28501

Tel 910 3586682
emeraldgreencountry@gmail.com

Case No 4 21 CV 94 FL  Kinston NC 8/25/21

To Whom it May Concern,

The following pages 53 in total show in the context of the emails from me Karolina Sorensson emeraldgreencountry@gmail.com Pat Lastname to lawyer Patrick Donald Newman patrickdonaldnewman@gmail.com, also there are emails informing me of my job contract being rescinded because of the false arrest and bogus charges, Spectrum had offered me a job in sales, with benefits and a $2,500 sign up/new hire bonus, Lowes also rescinded their job offer and benefits, most recently Oshkosh Corporation and GEICO, GEICO's offer was for $43,000 p. year working from home. I do not lie because it is against my religion and for the GEICO job/hiring process, during the first interview I informed GEICO of the false arrest, the dismissal of the 'felony' charge, and I also let the interviewing manager of the Misuse of 911 system for alledgedly calling 911. On 02/13/2020 Newman stated that prosecutor Willis II wanted me to buy a one way ticket out of the US back to my country of birth although they knew that I am a US Citizen, as to Whom it May Concern can see in subsequent pages, I bought the plane ticket, forwarded said plane ticket to Newman because they pressed on said bargain to dismiss all charges, which at the end only the 'Misconduct by Prisoner' was dismissed On 10/25/19 and for near a year Newman stated that THERE WAS NO 911 CALL ON RECORD then after I fired him he produced something else and I was lyed to for near a year about said matter. On Email dated 02/25/20 Newman conferms that THE GOVERMENT IS THE ONE OFFERING ME INCENTIVE TO LEAVE by forcing me to buy a one way ticket, and also Newman states that said cruel and unusual punishment are the terms | Continues →
of the NC State's offer.

Case No. 4 21 CV 94 FL

To Whom it May Concern

Continuation

In some of the pages presented here (emails), even after I had bought the One Way Ticket back to my Country of Birth, to have all charges dismissed, I explain my extreme emotional distress caused by the defendant's cruel and inhumane punishments in this case no. 4 21 CV 94 FL incl. but not limited to Carteret Co. Jailers denying me my medications while I was in their jail in Beaufort, NC, Town of Beaufort NC.

Respectfully Presented Aug. 25th 2021,

KAROLINA SORENSSON    Tel. 910-358-6682
511 N. Queen St
Apt 6-g      emeraldgreencountry@gmail.com
Project Kinston Towers
Kinston NC 28501

Kinston NC Aug 25th '21

To Whom it May Concern,

CASE No 4-21-CV-94FL

Emails and Other Communication
Verifying Malicious Prosecution
Including but NOT limited
to Malicious Prosecution by
Defendants.

Prints & Evidence Presented
By Plaintiff Karolina Sorensson.
53 Pages

KAROLINA SORENSSON



Case 4:21-cv-94 FL
08/25/21

3:39 PM          48%

TO          Pat Last Name
            emeraldgreencountry@gmail.com

Date        Feb 13, 2020, 11:42 AM

            Standard encryption (TLS).
            View security details

Dear Ms. Sorrenson:

I spoke with the prosecutor yesterday and he
did not have the video. However, he did present
me with an offer in your case. The prosecutor
stated that, if you could produce a one-way
plane ticket out of the country (I remember that
you wanted to go to family in Nicaragua), he
would consider dismissing the charges but
would certainly allow you to plead guilty to the
Misuse of 911 System, in lieu of the felony
Malicious Conduct by Prisoner charge, and
agree to a sentence of 2 days that would be
satisfied by your jail credit. Without a plane
ticket, the state would insist on supervised
probation.

I believe this is the best offer that you are going
to receive from the state. The prosecutor
stated that, if you were convicted as charged at
trial, he would be asking the court to impose an
active prison sentence.



**Patrick Newman <patrickdonaldnewman@gmail.com>**        Thu, Feb 13,
                                                          2020, 11:42 AM

to me

Dear Ms. Sorrenson:

I spoke with the prosecutor yesterday and he did not have the video. However, he did present me with an offer in your case. The prosecutor stated that, if you could produce a one-way plane ticket out of the country (I remember that you wanted to go to family in Nicaragua), he would consider dismissing the charges but would certainly allow you to plead guilty to the Misuse of 911 System, in lieu of the felony Malicious Conduct by Prisoner charge, and agree to a sentence of 2 days that would be satisfied by your jail credit. Without a plane ticket, the state would insist on supervised probation.

I believe this is the best offer that you are going to receive from the state. The prosecutor stated that, if you were convicted as charged at trial, he would be asking the court to impose an active prison sentence.

As you already wanted to go out of the country to see your family, I think this offer serves your interests quite well. Please let me know if you can find a way to purchase such a plane ticket and provide the same to me.

Also, I do think it would help me persuade him to dismiss, if I could show him your psychological evaluation from Le Chris. When disclosed in the course of plea negotiations, the state is not allowed to re-disclose the information or use the information against you in court.

I am here to serve your interests. I am attempting to explain the best options for you that the state has provided to me and secure the best outcome for you. I will do nothing without your permission. Please let me know if you think that you will be able to obtain a plane ticket and if I may allow the prosecutor to see your evaluation from Le Chris. I hope you are well and look forward to hearing from you soon - especially on your thoughts about this offer.

Sincerely,

Patrick D. Newman
Attorney at Law



Case 4 21 CV 94 FL 8/25/21

5:04 PM  🗑 ✉ ⋮

| From | charter.pre-employment · spectrumrecruiting@spe ctrumemployeecareers .com |
| Reply-to | charter.pre-employment@charter .com |
| To | emeraldgreencountry@gmail .com |
| Cc | Trenica.Williams@charter.com michele.martin@charter.com |
| Date | Sep 12, 2019, 3:45 PM |
| 🔒 | Standard encryption (TLS). View security details |

# Spectrum▶

Dear Karolina,

You are receiving this email as a formal notification that your job offer with Charter Communications has been rescinded because you have not passed Charter Communications' pre-employment screening process due to Criminal

