IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Case No. 4:21-CV-94-FL

| | |
|---|---|
| KAROLINA SORENSSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CARTERET COUNTY, SHERIFF ASA | ) |
| BUCK, AND SHAWNA ENDERLE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

___

FOR GOOD CAUSE shown, the Defendants' Motion Seeking an Order Directing the Pro Se Plaintiff to Provide the Court and the Defendants with Her Current Address and Otherwise a Means With Which to Contact Her is GRANTED. By Tuesday, October 31, 2023, the pro se Plaintiff is DIRECTED to provide the Court, as well as counsel for the defendants, with her current mailing address of record, as well as a valid telephone number and an e-mail address by which the Court and defendants' counsel can communicate with her. Failure on the part of the pro se Plaintiff to comply with this Order by the October 31, 2023 deadline may result in the dismissal of this action for failure to prosecute.

This the 17th day of October, 2023.

_____
LOUISE W. FLANAGAN
United States District Court Judge