UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

KAROLINA SORENSSON )
        Plaintiff, )
v. ) **JUDGMENT**
) No. 4:21-CV-94-FL
ASA BUCK, Sheriff, SHAWNA ENDERLE, )
Deputy Sheriff, and CARTERET COUNTY )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on Memorandum and Recommendation of the magistrate judge and subsequent failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 14, 2024 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on June 14, 2024, and Copies To:**
Karolina Sorensson (via US mail) 511 N. Queen St., Apt #6-G, Kinston Towers, Kinston, NC 28501
Bradley Owen Wood (Via CM/ECF Notice of Electronic Filing)

June 14, 2024                  PETER A. MOORE, JR. CLERK

                                     /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk