UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KAROLINA SORENSSON )<br>         Plaintiff, )<br>v. )<br>)<br>ASA BUCK, Sheriff, SHAWNA ENDERLE, )<br>Deputy Sheriff, and CARTERET COUNTY )<br>         Defendants. ) | **AMENDED JUDGMENT**<br>No. 4:21-CV-94-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on Memorandum and Recommendation of the magistrate judge and subsequent failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 7, 2022 that defendants Donald Newman & Associates, Joshua Tetterton & Associates, Carteret County Health Care, Carteret County Superior Court, NC State Bar, Judge Nobles, Judge Cherry, and Mack Alexander are dismissed upon frivolity review;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 18, 2023 that defendants' Willis and Thomas motion to dismiss is GRANTED and those claims against defendants Willis and Thomas are DISMISSED for failure to state a claim upon which relief can be granted;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 14, 2024 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on June 14, 2024, and Copies To:**
Karolina Sorensson (via US mail) 511 N. Queen St., Apt #6-G, Kinston Towers, Kinston, NC 28501
Elizabeth Curran O'Brien (via CM/ECF Notice of Electronic Filing)
Bradley Owen Wood (Via CM/ECF Notice of Electronic Filing)

June 14, 2024         PETER A. MOORE, JR. CLERK

                                          /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk